UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
RENO DIVISION

| | |
|---|---|
| IN RE: BA GENERAL INC, | CASE NO: 20-50402-btb |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 12 |

On 4/9/2020, I did cause a copy of the following documents, described below,

Notice of Appointment of Subchapter V Trustee ECF Docket Reference No. 12

Notice of Appointment of Subchapter V Trustee and Verified Statement of Subchapter V Trustee

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/9/2020

/s/ Nicholas Strozza
Nicholas Strozza  117234
Assistant U.S. Trustee
Office of the United States Trustee
300 Booth Street  Room 3009
Reno, NV  89509
775 784 5335

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
### RENO DIVISION

| | |
|---|---|
| IN RE: BA GENERAL INC, | CASE NO: 20-50402-btb |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 12 |

On 4/9/2020, a copy of the following documents, described below,

Notice of Appointment of Subchapter V Trustee ECF Docket Reference No. 12

Notice of Appointment of Subchapter V Trustee and Verified Statement of Subchapter V Trustee

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/9/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nicholas Strozza
Office of the United States Trustee
300 Booth Street  Room 3009
Reno, NV  89509

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | US SECURITIES  EXCHANGE COMMISSION<br>ATTN  BANKRUPTCY COUNSEL<br>444 SOUTH FLOWER STREET STE 900<br>LOS ANGELES CA 90071-9591 | PATRICIA ARNOTT<br>4833 RAMCREEK TRAIL<br>RENO NV 89519 |
| CASE INFO<br> LABEL MATRIX FOR LOCAL NOTICING<br>09783<br>CASE 20-50402-BTB<br>DISTRICT OF NEVADA<br>RENO<br>WED APR 8 13-28-03 PDT 2020 | DEBTOR<br>BA GENERAL INC<br>11630 SITKA ST<br>RENO NV 89506-7928 | ~~EXCLUDE~~<br>~~UNITED STATES BANKRUPTCY COURT~~<br>~~300 BOOTH STREET~~<br>~~RENO NV 89509-1360~~ |
| ALLIED TRUSTEE SERVICES<br>190 W HUFFAKER LN STE 408<br>RENO NV 89511-4006 | BOBBY GENE SCOGGIN<br>2300 LINCOLN OAK DR<br>MODESTO CA 95355-9433 | US TRUSTEE   RN   11<br>300 BOOTH STREET STE 3009<br>RENO NV 89509-1362 |
| VINCENT RESEARCH AND DEVELOPMENT INC<br>2300 LINCOLN OAK DR<br>MODESTO CA 95355-9433 | WASHOE COUNTY TREASURERS OFFICE<br>ACCT NO PROPERTY TAXES<br>PO BOX 30039<br>RENO NV 89520-3039 | PAUL J MALIKOWSKI<br>MALIKOWSKI LAW OFFICES LTD<br>PO BOX 9030<br>RENO NV 89507-9030 |