_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
June 30, 2020
_____

PAUL J. MALIKOWSKI, ESQ.
Nevada State Bar No. 0980
Malikowski Law Offices, Ltd.
P.O. Box 9030
Reno, Nevada 89507-9030
Telephone:  (775) 786-0758
Facsimile:  (800) 321-9501
paul@nvlaw.com
Attorney for Debtor
BA GENERAL, INC.

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **IN RE** ) | Case No. 20-50402-btb |
| ) | |
| **BA GENERAL, INC.** ) | Chapter 11 |
| ) | |
|        DEBTOR  ) | ORDER OF DISMISSAL |
| ) | |
| _____ ) | |

    Upon review of the STIPULATION BY ALL PARTIES OF INTEREST TO DISMISS CASE between the Debtor, **B.A. GENERAL, INC.,** by and through its counsel, PAUL J. MALIKOWSKI, ESQ., the Secured Creditor, **VINCENT RESEARCH & DEVELOPMENT, INC, ("VINCENT RESEARCH",** by and through its counsel, AMY N. TIRRE, ESQ., and the Chapter 11 Subchapter V Trustee, **PATRICIA M. ARNOTT,** and

PAUL MALIKOWSKI, ESQ.
BOX 9030
RENO, NEVADA 89507
775.786.0758
NEVADA ~ CALIFORNIA
WWW.NVLAW.COM
800.331.9501
FAX/VOICEMAIL

1  finding sufficient cause,

2      The Court finds that this case was commenced under Chapter
3  11 on April 6, 2020, and not previously converted from another
4  Chapter, and therefore meets the requirements of 11 U.S.C.
5  1112(b).

6      It is hereby in the best interest of the Debtor, its sole
7  shareholder, the secured parties, and the Washoe County
8  Treasurer that this Chapter 11 case be dismissed.

9      Accordingly, **IT IS HEREBY ORDERED** that the Stipulation by
10 all Parties to Dismiss Case filed on June 27, 2020 as docket
11 number 31, is hereby approved and this Case is hereby
12 **DISMISSED**, effective upon entry of Order, subject to the
13 payment of the $ 3,500. to Patricia M. Arnott the Subchapter V
14 Trustee, as full satisfaction of all fees and costs set forth
15 in her fee application filed herein on June 19, 2020 and
16 approved by the Court on June 24, 2020.

17     **IT IS SO ORDERED.**

18
19
20 Respectfully Submitted by:
21
22 /s/ Paul J. Malikowski
    Paul J .Malikowski, Esq.
23 Attorney for Debtor
    BA GENERAL,INC.
24
25
26                               **# # #**
27

PAUL MALIKOWSKI, ESQ.
BOX 9030
RENO, NEVADA 89507
775.786.0758
NEVADA ~ CALIFORNIA
WWW.NVLAW.COM
800.331.9501
FAX/VOICEMAIL

-2-