Patricia M. Arnott
4833 Ramcreek Trail
Reno, Nevada 89519
(775) 772-6807 Telephone
pmarnott@yahoo.com

Subchapter V Trustee

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. 20-50402-BTB |
| BA GENERAL, INC | Chapter 11 Case |
| Debtor. | |
| | JUDGE:    Honorable Bruce Beesley |

## CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION

I, Patricia M. Arnott, having been appointed subchapter V trustee of the estate of the above-named debtor, report I collected funds totaling: $ 3,500.00. The case was dismissed with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a), on June 24, 2020 the Court ordered compensation of $3,500 be awarded to the trustee. These funds were paid by the debtor to the trustee on June 26, 2020. I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal. I request that I be discharged from any further duties as trustee.

DATED:      June 30, 2020

Respectfully submitted,


By:    /s/ Patricia M. Arnott

Patricia M. Arnott
Subchapter V Trustee